AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MORRIS GEFFEN,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: 4:25-cv-227

DEAN FLAKE; WELLS FARGO BANK,
NATIONAL ASSOCIATION (INC.); and
TRUIST BANK,

Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated April 30, 2026, the Plaintiff Morris Geffen's Motion to Remand is granted. This case is remanded to the State Court of Chatham County, Georgia and stands closed.

| | |
|---|---|
| April 30, 2026 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |
| | *James R. Burnell* |
| | *(By) Deputy Clerk* |

GAS Rev 10/2020